RECEIVED

'JUN 0 4 2020 DB ITB

RODE LAW FIRM CN

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

TIA WILLIAMS, an individual,

      Plaintiff,

v.

CHRISTOPHER RATHGEBER, an
individual; TERESA ANNETT SMITH, an
individual; and EAN HOLDINGS, LLC, a
foreign limited liability company, d/b/a
ENTERPRISE RENT-A-CAR, d/b/a
ENTERPRISE,

      Defendants.

CJ-2020-01784

Case No.:

Judge: **Doug Drummond**

DISTRICT COURT
F I L E D

JUN - 4 2020

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

Attorney Lien Claimed

## PLAINTIFF'S PETITION

COMES NOW, Plaintiff Tia Williams (hereinafter "Plaintiff") and for her claims against

Defendant Christopher Rathgeber (hereinafter "Defendant C Rat"), Defendant Teresa Annett Smith

(hereinafter, "Defendant Smith"), and Defendant Ean Holdings, LLC, d/b/a Enterprise Rent-A-Car,

d/b/a Enterprise (hereinafter, "Defendant Enterprise") alleges and states as follows:

    1.    On or about August 8, 2018, Plaintiff was a passenger in a 2008 Honda Accord heading

south on South Lewis Avenue approaching the intersection with East 61st Street in Tulsa, Tulsa

County, Oklahoma and driven by Defendant Smith.

    2.    On or about August 8, 2018, Defendant C Rat was driving a 2017 Chevrolet Cruz

north on South Lewis Avenue and was making a left-hand turn to go west on East 61st Street.

    3.    The 2017 Chevrolet Cruz was owned or leased by Defendant Enterprise.

    4.    A collision occurred between the 2008 Honda Accord and the 2017 Chevrolet Cruz

in the intersection of South Lewis Avenue and East 61st Street.

    5.    The collision occurred in the southbound lane of South Lewis Avenue and the

westbound lane of East 61st Street.

6.     The front portion of the 2008 Honda Accord collided with the passenger side of the 2017 Chevrolet Cruz.

7.     The 2008 Honda Accord t-boned the 2017 Chevrolet Cruz.

8.     The northbound and southbound lanes of South Lewis Avenue are controlled by signal lights at the intersection with East 61st Street.

9.     The northbound lane of South Lewis Avenue has a separate left turn lane at the intersection with East 61st Street.

10.    The separate left turn lane on northbound South Lewis Avenue at the intersection with East 61st Street is controlled by a signal light with a green turn arrow.

11.    Traffic turning left from northbound South Lewis Avenue at the intersection with East 61st Street have the right-of-way when a green arrow is showing.

12.    Traffic turning left from northbound South Lewis Avenue at the intersection with East 61st Street must yield to southbound South Lewis Avenue traffic when a solid green circle is showing for the left-turning traffic.

13.    Defendant C Rat was in the separate left turn lane on northbound South Lewis Avenue at the intersection with East 61st Street.

14.    Defendant C Rat stated to investigating officer Ralston, that he had a left green arrow controlling his left-turn from northbound South Lewis Avenue to westbound East 61st street. See Official Oklahoma Traffic Collision Report attached hereto as Exhibit "A."

15.    Defendant Smith stated to investigating officer Ralston, that she had a solid green circle controlling her direction of travel southbound on South Lewis Avenue. See Official Oklahoma Traffic Collision Report attached hereto as Exhibit "A."

16. Independent Witness David Helm was stopped at the red light for westbound East 61st Street at the intersection with South Lewis Avenue. See Official Oklahoma Traffic Collision Report attached hereto as Exhibit "A."

17. Independent Witness David Helm stated to investigating officer Ralston that his controlling light turned green within 3-5 seconds after the collision occurred. See Official Oklahoma Traffic Collision Report attached hereto as Exhibit "A."

18. Investigating Officer Ralston investigated the signal light sequencing at the intersection of South Lewis Avenue and East 61st Street and noted northbound South Lewis Avenue traffic turning left at East 61st Street received a green turn arrow only at the beginning of the cycle. See Official Oklahoma Traffic Collision Report attached hereto as Exhibit "A."

19. Defendant C Rat, and Defendant Smith, in conjunction or separately, were negligent in the operation of their vehicles in that one or more:

    a. breached a duty to use ordinary care to prevent injury to others;

    b. failed to keep a proper lookout;

    c. drove carelessly;

    d. was inattentive;

    e. was driving too fast for conditions;

    f. failed to yield the right-of-way;

    g. was grossly negligent;[1] and

    h. was negligent per se.

---

[1] 25 O.S. § 6 – Types of Negligence defined. Slight negligence consists in the want of great care and diligence; ordinary negligence in the want of ordinary care and diligence; and gross negligence in the want of slight care and diligence.

20.     On or about August 8, 2018, Defendant C Rat, and Defendant Smith, in conjunction or separately, operated their vehicles negligently, in reckless disregard for the safety of others, and in violation of state statutes and caused the collision.

21.     Defendant C Rat, and Defendant Smith, in conjunction or separately, were negligent per se in that one or more violated the following statutes:

a.     47 O.S.§ 11-402: **Vehicle Turning Left**: The driver of a vehicle intending to turn to the left shall yield the right-of-way to any vehicle approaching from the opposite direction which is so close thereto when initiating such turn as to constitute an immediate hazard.

b.     47 O.S. § 11-801: **Basic Rule – Maximum (Speed) Limits – Fines and Penalties**: Any person driving a vehicle on a highway shall drive the same at a careful and prudent speed not greater than nor less than is reasonable and proper, having due regard to the traffic, surface and width of the highway and any other conditions then existing. No person shall drive any vehicle upon a highway at a speed greater than will permit the driver to bring it to a stop within the assured clear distance ahead.

c.     47 O.S.§ 11-901: **Reckless Driving**: It shall be deemed reckless driving for any person to drive a motor vehicle in a careless or wanton manner without regard for the safety of persons or property or in violation of the conditions outlined in Section 11-801 of this title.

d.     47 O.S. § 11-901b: **Full Time and Attention to Driving**: The operator of every vehicle, while driving, shall devote their full time and attention to such driving.

e.     Tulsa Revised Ordinance Title 37 § 606. – Traffic Control Signal Lights: Wherever vehicular traffic movement is controlled by an official traffic-control signal light device exhibiting green, yellow or red colored lights successively, such device shall control and

4

be obeyed, as herein provided. A. Vehicular traffic facing the green signal shall proceed right, left or straight through, unless a sign at such place prohibits any such movements; provided that the right-of-way shall be yielded to other vehicles or pedestrians lawfully in the intersection or signalized location, and a vehicle which enters on a green signal may complete such movement with safety even after the yellow or red signals appear. B. Vehicular traffic facing a steady yellow signal is thereby warned that the red "stop" signal shall be exhibited immediately thereafter and such vehicular traffic shall not be crossing the intersection or signalized location when such red signal is successively exhibited. C. Vehicular traffic facing a steady red signal shall stop before entering the crosswalk on the near side of the intersection or, if none, then before entering the intersection or signalized location, and shall remain standing until the green signal is shown alone, or, while the signal is still red, vehicular traffic may turn right, or turn left from a one-way street into a one-way street, from the appropriate lane after coming to the required stop, unless such turn on red is prohibited by a official sign. Such vehicular traffic making a turn on red shall yield the right-of-way to pedestrians lawfully within a crosswalk and to other traffic lawfully using the intersection. D. Vehicular traffic in a proper lane with a steady green arrow directional signal light or steady red with green arrow signal shall move as indicated by the pointing of the arrow to the left, right or straight ahead, and shall cautiously enter the intersection or signalized location only to make the movement indicated by such arrow but shall yield the right-of-way to pedestrians lawfully within a crosswalk and to other traffic lawfully using the intersection.

     f.    Tulsa Revised Ordinance Title 37 § 633. - **Turning vehicles – right-of-way**: Vehicles turning left shall yield the right-of-way to all vehicles proceeding straight ahead or making a right turn which are so close as to constitute an immediate hazard.

5

g.      Tulsa Revised Ordinance Title 37 § 645: **Inattentive driving**: A. It shall be unlawful and an offense for any driver to fail to remain alert and give full attention to the safe operation of his vehicle while it is in motion. B. It shall be unlawful and an offense for any driver to engage in any activity while driving that interferes with the safe control of his vehicle. C. It shall be unlawful and an offense for any person to engage in any activity or to do any act which interferes with a driver's safe operation of a vehicle.

h.      Tulsa Revised Ordinance Title 37 § 647: **Reckless driving**: It shall be deemed reckless driving for any person to drive a vehicle in a careless or wanton manner without regard for the safety of persons or property or in violation of the conditions outlined in Section 618.

22.     Defendant C Rat plead guilty to driving 20-25 mph over the speed limit for an offense date 1/1/2013 in Missouri court case number 091376341.

23.     Defendant C Rat was charged with DWI – alcohol for an offense date 4/5/2014 in Missouri court case number 14PH-CR00584.

24.     Defendant C Rat was charged with driving 20-25 mph over the speed limit for an offense date 8/26/2016 in Missouri court case number 702144019.

25.     Defendant C Rat was charged with operating a motor vehicle owned by another knowing the owner had not maintained financial responsibility for an offense date 8/26/2016 in Missouri court case number 702144018.

26.     Defendant C Rat was charged with Operating a Vehicle on a Highway without a Valid License for an offense date 8/26/2016 in Missouri court case number 16DE-CR00553.

27.     Defendant C Rat's Missouri license was suspended sometime after it was issued or renewed on 8/5/2011.

28.     Defendant C Rat's Missouri license was suspended sometime after it was issued or renewed on 8/5/2016.

29.     Defendant C Rat's Missouri license was suspended sometime after it was issued or renewed on 8/29/2017.

30.     Upon information and belief, Defendant C Rat was required to wear corrective lenses when driving.

31.     Upon information and belief, Defendant C Rat rented the 2017 Chevrolet Cruz from Defendant Enterprise.

32.     Upon information and belief above, Defendant C Rat did not have a valid license on the date of the collision.

33.     Upon information and belief above, Defendant C Rat did not have a valid license when he rented the 2017 Chevrolet Cruz from Defendant Enterprise.

34.     Defendant Enterprise knew, or should have known, of Defendant C Rat's propensity to drive over the speed limit when it rented the 2017 Chevrolet Cruz to Defendant C Rat.

35.     Defendant Enterprise knew, or should have known, of Defendant C Rat's DWI-alcohol offense when it rented the 2017 Chevrolet Cruz to Defendant C Rat.

36.     Defendant Enterprise knew, or should have known, that Defendant C Rat did not have a valid license when it rented the 2017 Chevrolet Cruz to Defendant C Rat.

37.     Oklahoma Uniform Jury Instruction 10.16 – Negligent Entrustment, provides:

> An owner [or provider] of a vehicle has a duty to use ordinary care to avoid lending it to another person whom he knows [or reasonably should know] is [intoxicated/careless/reckless/incompetent to drive].

See OUJI 10.16.

38.     Defendant Enterprise is guilty of negligent entrustment.

39.     Oklahoma Law provides liability for knowingly permitting operation of a vehicle by unqualified individual.

> Any person as herein defined, who is the owner of any motor vehicle and knowingly permits such motor vehicle to be operated by any

7

> person who is not qualified to operate a motor vehicle under the
> provisions of this act, **shall be held civilly liable as a joint tortfeasor**
> for any unlawful act committed by such operator.

<u>See</u> 47 O.S. § 607 - **Liability for Knowingly Permitting the Operation by a Person Not Qualified**

(bold emphasis supplied).

40.     Oklahoma Law also states, in pertinent part:

> The liability of one who knowingly permits a careless, reckless, or otherwise
> incompetent driver to operate his automobile, for damages resulting therefrom
> is recognized in this jurisdiction.

*Berg v. Bryant*, 1956 OK 336, ¶ 5, 305 P.2d 517.

41.     Defendant Enterprise knowingly permitted use of the 2017 Chevrolet Cruz by an unqualified operator.

42.     Defendant Enterprise knowingly permitted use of the 2017 Chevrolet Cruz by a careless, reckless, or otherwise incompetent driver.

43.     Defendant Enterprise's actions were done with the want of slight care and diligence.

44.     Defendant Enterprise's actions rise to the level of gross negligence as defined by 25 O.S. § 6.

45.     Defendant Enterprise's actions were wrongful acts done intentionally without just cause or excuse.

46.     Defendant Enterprise is liable for the damages resulting from negligent entrustment.

47.     Defendant Enterprise is liable as a joint tortfeasor for the damages resulting from Defendant C Rat's negligence.

48.     Defendant C Rat's, Defendant Smith's, and Defendant Enterprises negligence, in conjunction or separately, was the sole and proximate cause of the collision.

49.     Plaintiff, as a passenger, has no liability for the collision.

50.     Because Plaintiff is fault-free and cannot identify which one or more of the Defendants is at fault for causing the collision, the doctrine of alternative liability is applicable. See, *Hood v. Hagler*, 1979 OK 163, 606 P.2d 548. See also, *Freeman Family Ranch, Ltd. v. Maupin Truck Sales, Inc.*, Order dated October 13, 2010, (W.D. Okla.).

51.     At the scene, Defendant C Rat stated to Plaintiff, "I'm sorry."

52.     As a result of the collision, the side airbag deployed in the 2017 Chevrolet Cruz. See Official Oklahoma Traffic Collision Report attached hereto as Exhibit "A."

53.     As a result of the collision, the 2008 Honda Accord sustained property damage in excess of its fair market value and was declared a total loss, and said property damage was paid on behalf of Defendant C Rat by the liability carrier, USAA Insurance Company.

54.     At the scene of the collision, Defendant C Rat was issued citation number 7429381 in violation of Tulsa Revised Ordinance Title 37 § 633. - Turning vehicles – right-of-way. See Official Oklahoma Traffic Collision Report attached hereto as Exhibit "A."

55.     Defendant C Rat's, Defendant Smith's, and Defendant Enterprises negligence, in conjunction or separately, was the sole and proximate cause of Plaintiff's injuries.

56.     At the scene of the collision, Plaintiff complained of injuries to her knees from striking the glove box during the collision. See Official Oklahoma Traffic Collision Report attached hereto as Exhibit "A."

57.     Plaintiff is 39 years of age (DOB: xx/xx/1981) and has a life expectancy of 44.6 more years. See pp. 44-45 from the Life Expectancy Tables from IRS Publication 590-B (2018) attached hereto as Exhibit "B."

58.     As a result of this collision, Plaintiff suffered personal injury to her body of a permanent and lasting nature, including but not limited to injuries to her cervical, thoracic, and lumbar spines, with cervical disc injuries that require surgery, left knee and right knee injuries which requires

arthroscopic surgery to the right knee, bilateral wrist injuries resulting in carpel tunnel syndrome, suffered physical pain, past and future; mental anguish, past and future; and has been forced to incur medical expenses, past and future; the loss of household services, past and future; all in a sum in excess of the amount required for diversity jurisdiction pursuant to section 1332 of title 28 of the United States Code.

59.    Pursuant to 12 O.S. 3226(A)(2), Plaintiff provides initial disclosures as follows:

    a.    Plaintiff is 39 years of age (DOB: ##/##/1981) and according to life expectancy tables she has a life expectancy of 44.6 more years.

    b.    Physical Pain and Suffering

| | |
|---|---|
| Past: | To be proven at time of trial |
| Future: | To be proven at time of trial |

    c.    Mental Pain and Suffering

| | |
|---|---|
| Past: | To be proven at time of trial |
| Future: | To be proven at time of trial |

    d.    Physical Condition Immediately Before and After the Wreck:    To be proven at time of trial

    e.    The Nature and Extent of her Injuries: To be proven at time of trial

    f.    Whether the Injuries are Permanent:  To be proven at time of trial

    g.    The Physical Impairment:    To be proven at time of trial

    h.    Disfigurement    To be proven at time of trial

    i.    The Reasonable Expenses of the Necessary Care, Treatment, and Services

| | |
|---|---|
| Past: | An Amount in excess of $11,000.00 |
| Future Surgery: | To be proven at time of trial |

60.    Plaintiff agrees to make available for inspection and copying, at the office of Plaintiff's counsel, the documents or other evidentiary material, not privileged or protected from disclosure, on

which the above computations are based, including materials bearing on the nature and extent of injuries suffered at a mutually agreed time for Defendants and Plaintiff.

WHEREFORE, Plaintiff prays that she be granted judgment against Defendants for the total sum of Plaintiff's damages caused by or sustained as a result of Defendants' negligence in a sum in excess of the amount required for diversity jurisdiction pursuant to section 1332 of title 28 of the United States Code, plus such costs, prejudgment interest, and other such relief this Court deems just and equitable.

Respectfully submitted,

Robert L. Rode, OBA #14307
David C. Bean, OBA # 12556
Teofilo A. Diaz, OBA # 30372
The Rode Law Firm
601 S. Boulder, Suite 1100
Tulsa, OK 74119
918-599-8880
Fax: 918-599-8863
Attorneys for the Plaintiff

DO NOT WRITE IN THIS SPACE

| | Y | N |
|---|---|---|
| Incident Report | | x |
| Investigation Completed | x | |
| Investigation Made at Scene | x | |
| Photographs | | x |

| | Y | N |
|---|---|---|
| Revised | | x |
| Fatality | | x |
| Hit and Run | | x |

Pg 1 of 6

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT

| (1) Reporting Agency | Case Number (Agency Use) | Motor Vehicles Involved | Number Injured | Number Killed |
|---|---|---|---|---|
| TULSA POLICE DEPARTMENT | 2018047725 | 02 | 02 | 00 |

| (2) Date of Collision (mm/dd/yyyy) | Time | County Number and Name | | Nearest City or Town Number and Name | |
|---|---|---|---|---|---|
| 08/08/2018 | 1614 | 72 | TULSA | In ☐ Near ☐ 50 | TULSA |

| (3) Distance from Nearest City or Town Limits | Control # | Int ID | Location | East Grid | North Grid | Administrative |
|---|---|---|---|---|---|---|
| MI ☐ N ☐ ML ☐ FT ☐ E☐W☐ | 00 | 00 | 00 | 037 | 0 030 | 0 PARIS |

| (4) Street, Road or Highway | At ☐ | MI ☐ N☐E☐ | (Nearest) Intersecting Street, Road or Highway |
|---|---|---|---|
| SOUTH LEWIS AVENUE | x | FT ☐ S☐W☐ of | EAST 61ST STREET |

| (5) Unit | Occupants | Type | Hit & Run | Last Name | First | Middle | Suffix | Date of Birth (mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | D | | RATHGEBER | CHRISTOPHER | SCOTT | | | M |

| (6) Address | City | State | Zip | Telephone (Use Area Code) |
|---|---|---|---|---|
| 11114 COUNTY ROAD 5240 | ROLLA | MO | 65401 | |

| (7) Driver License Number | State | Class | Endorsement(s) | Restriction(s) | Inj. Sev. | Type of Injury | Drv/Ped. Cond. | OP Use |
|---|---|---|---|---|---|---|---|---|
| | MO | F | | A | 1 | 0 | 01 | 04 |

| (8) | Air Bag | Ejected | Extricated | Test | (%) BAC | Transported by | To Medical Facility | License Plate Number | State | Month | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 1 | 1 | 5 | 0. | | | 912VTI | AR | 07 | 2018 |

| (9) VIN | Vehicle Year | Color | 2nd Color | Make | Model | Veh. Type | Extent of Damage |
|---|---|---|---|---|---|---|---|
| 1G1BE5SM3H7150509 | 2017 | SIL | 0 | CHEV | CRUZ | 02 | 3 |

| (10) Insurance Verification | Insurance Company Name | Policy Number | Insurance Telephone (Use Area Code) |
|---|---|---|---|
| 2 | USAA INS. | 035685738R71013 | 8005318722 |

| (11) Vehicle Removed by | Driver ☒ | Same as Driver ☐ | Owner's Last Name | First | Middle | Suffix |
|---|---|---|---|---|---|---|
| | | | EAN HOLDINGS | | | |

| (12) Owner's Address | City | State | Zip | Oversized Load | | Towed Veh. Type | Rolled ☐ Phone present ☒ |
|---|---|---|---|---|---|---|---|
| 2508 E ROOSEVELT RD | LITTLE ROCK | AR | 72206 | 0 | 00 | | Burned ☐ Phone in use ☐ |

| (13) Citation Number | Statute/Ordinance Number | Citation Number | Statute/Ordinance Number |
|---|---|---|---|
| 7429381 | 37 TRO 633 | | |

| (14) Unit | Occupants | Type | Hit & Run | Last Name | First | Middle | Suffix | Date of Birth (mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 02 | 02 | D | | SMITH | TERESA | ANNETT | | | F |

| (15) Address | City | State | Zip | Telephone (Use Area Code) |
|---|---|---|---|---|
| 6706 S SAINT LOUIS PL | TULSA | OK | 74136 | |

| (16) Driver License Number | State | Class | Endorsement(s) | Restriction(s) | Inj. Sev. | Type of Injury | Drv/Ped. Cond. | OP Use |
|---|---|---|---|---|---|---|---|---|
| | OK | D | | | 2 | 2 | 01 | 04 |

| (17) | Air Bag | Ejected | Extricated | Test | (%) BAC | Transported by | To Medical Facility | License Plate Number | State | Month | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 1 | 1 | 5 | 0. | REFUSED | | ETN318 | OK | 08 | 2018 |

| (18) VIN | Vehicle Year | Color | 2nd Color | Make | Model | Veh. Type | Extent of Damage |
|---|---|---|---|---|---|---|---|
| 1HGCP36888A065015 | 2008 | BLK | 0 | HOND | ACCO | 02 | 3 |

| (19) Insurance Verification | Insurance Company Name | Policy Number | Insurance Telephone (Use Area Code) |
|---|---|---|---|
| 2 | USAA INS. | 02900656BG7101 | 8005318722 |

| (20) Vehicle Removed by | Driver ☒ | Same as Driver ☒ | Owner's Last Name | First | Middle | Suffix |
|---|---|---|---|---|---|---|
| | | | | | | |

| (21) Owner's Address | City | State | Zip | Oversized Load | | Towed Veh. Type | Rolled ☐ Phone present ☒ |
|---|---|---|---|---|---|---|---|
| | | | | 0 | 00 | | Burned ☐ Phone in use ☐ |

| (22) Citation Number | Statute/Ordinance Number | Citation Number | Statute/Ordinance Number |
|---|---|---|---|
| | | | |

| (23) Investigating Officer | Badge Number | Trp/Div. Assigned | Trp/Div. Location | Reviewer (Init.) | Reviewer Badge Number | Date of Report (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| Chris Ralston | 01929 | RID | RID | WDD | 01916 | 08/08/2018 |

WARNING - STATE LAW    Use of contents for commercial solicitation is unlawful

DPS: 0192-01 REV 0107

EXHIBIT A

Case Number  2018047725                                                   Pg 2  of 6

| (24) Unit | Injured ☑ Passenger ☑ Witness ☐ Prop. Owner ☐ | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|
| 02 | | 13 | WILLIAMS | TIA | RENEE | | | F |

| (25) Same as Driver ☐ | Address | City | State | Zip | Telephone (Use Area Code) |
|---|---|---|---|---|---|
| | | | | | |

| (26) Injury Severity / Type | | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|---|
| 2 | 5 | 04 | 1 | 1 | 1 | REFUSED | | |

| (27) Unit | Injured ☐ Passenger ☐ Witness ☑ Prop. Owner ☐ | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|
| 00 | | 00 | HELM | DAVID | | | | M |

| (28) Same as Driver ☐ | Address | City | State | Zip | Telephone (Use Area Code) |
|---|---|---|---|---|---|
| | 5202 S LEWIS AVE  1002 | TULSA | OK | 74105 | |

| (29) Injury Severity / Type | | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| (30) Unit | Injured ☐ Passenger ☐ Witness ☐ Prop. Owner ☐ | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| (31) Same as Driver ☐ | Address | City | State | Zip | Telephone (Use Area Code) |
|---|---|---|---|---|---|
| | | | | | |

| (32) Injury Severity / Type | | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| (33) Unit | Injured ☐ Passenger ☐ Witness ☐ Prop. Owner ☐ | Pos in Veh. | Last Name | First | Middle | Suffix | DOB(mm/dd/yyyy) | Sex |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| (34) Same as Driver ☐ | Address | City | State | Zip | Telephone (Use Area Code) |
|---|---|---|---|---|---|
| | | | | | |

| (35) Injury Severity / Type | | OP Use | Air Bag | Ejected | Extricated | Transported by | To Medical Facility | Property Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Complete information below if this vehicle is being used for COMMERCE/BUSINESS and has a GVWR/GCWR IN EXCESS OF 10,000 LBS., or has a HAZMAT PLACARD, or is a BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER**

| (36) Unit | Carrier Name | Address |
|---|---|---|
| | | |

| (37) City | | State | Zip | | GVWR ☐ | 0 - 10K lbs. ☐ | Axle Qty. | Cargo Body | Vehicle Use | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | GCWR ☐ | 10,001 - 26K lbs. ☐ | | | Interstate Commerce | ☐ |
| | | | | | | 26K lbs. ☐ | | | Intrastate Commerce | ☐ |

| (38) U.S. DOT Number | NASI Report Number | Placard Number | Haz. Mat. Class | Haz. Mat. Involved | Haz. Mat. Release | Other Non-Commercial | ☐ |
|---|---|---|---|---|---|---|---|
| OK | | | | Yes ☐ | Yes ☐ | Government | ☐ |
| | | | | No ☐ | No ☐ | | |

| (39) Unit | Carrier Name | Address |
|---|---|---|
| | | |

| (40) City | | State | Zip | | GVWR ☐ | 0 - 10K lbs. ☐ | Axle Qty. | Cargo Body | Vehicle Use | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | GCWR ☐ | 10,001 - 26K lbs. ☐ | | | Interstate Commerce | ☐ |
| | | | | | | 26K lbs. ☐ | | | Intrastate Commerce | ☐ |

| (41) U.S. DOT Number | NASI Report Number | Placard Number | Haz. Mat. Class | Haz. Mat. Involved | Haz. Mat. Release | Other Non-Commercial | ☐ |
|---|---|---|---|---|---|---|---|
| OK | | | | Yes ☐ | Yes ☐ | Government | ☐ |
| | | | | No ☐ | No ☐ | | |



**Position in Vehicle**

**Vehicle Configuration**

00. N/A
01. Passenger Veh. 2 Dr
02. Passenger Veh. 4 Dr
03. Passenger Veh. Conv.
04. Pickup
05. Single Unit Truck, 2 axles
06. Single Unit Truck, 3+ axles
07. School Bus
08. Truck/Trailer
09. Truck-Tractor (Bobtail)
10. Truck-Tractor/ Semi-Trailer
11. Truck-Tractor/ Double
12. Truck-Tractor/ Triple
13. Bus/Large Van 9-16 occupants including driver
14. Bus 16+ occupants including driver
15. Motorcycle
16. Motor Scooter/ Moped
17. Motor Home
18. Farm Machinery
19. ATV
20. SUV
21. Passenger Van
22. Truck more than 10,000 lbs., Cannot Classify
23. Van 10,000 lbs. or Less
24. Other
99. Unknown

00. Not Applicable
1B. Front Row - Other
2B. Second Row - Other
3B. Third Row - Other
4B. Fourth Row - Other
60. Sleeper Section of Truck Cab

See manual for additional seating examples.

**Cargo Body Type**

00. N/A
01. Bus 9-15 seats
02. Bus 16+ seats
03. Van / Enclosed Box / Stock Trailer
04. Cargo Tank
05. Flatbed
06. Intermodal
07. Dump Truck/ Trailer
08. Concrete Mixer
09. Auto Transporter
10. Garbage/Refuse
11. Hopper (grain/ chips/gravel)
12. Pole Trailer
13. Log Trailer
14. Vehicle Towing Vehicle
15. Other
99. Unknown

DPS: 0192-02 REV 0107

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT  Pg 3 of 6

Case Number  2018047725

| | Unit | Total Lanes in Roadway | Legal Speed |
|---|---|---|---|
| TNs unit will correspond to 'Unit 1' | 01 | 04 | 40 |
| TNs unit will correspond to 'Unit 2' | 02 | 04 | 40 |

### Pedestrian / Pedalcyclist Only

| | Actions Prior to Collision | Location at Time of Collision | Safety Equip. | Unit Number of Vehicle Striking |
|---|---|---|---|---|

**Was the collision in or near a construction, maintenance or utility work zone? (If yes, complete this section)**  Yes ☐  No ☒

**Type of Work Zone**
1 Lane Closure
2 Lane Shift/Crossover
3 Work on Shoulder or Median
4 Intermittent or Moving Work
9 Unknown

**Location of the Work Zone Collision**
1 Before the First Work Zone Warning Sign
2 Advance Warning Area
3 Transition Area
4 Activity Area
5 Termination Area
9 Unknown

**Workers Present**  Yes ☐  No ☐  Unknown ☐

## Light  [1]
1 Daylight
2 Dark-Not Lighted
3 Dark-Lighted
4 Dawn
5 Dusk
6 Dark-Unknown Lighting
7 Other
9 Unknown

## Weather  [01]
01 Clear
02 Fog/Smog/Smoke
03 Cloudy
04 Rain
05 Snow
06 Sleet/Hail (Freezing Rain/Drizzle)
07 Severe Crosswind
08 Blowing Snow
09 Blowing Sand, Soil, Dirt
10 Other
99 Unknown

## Locality  [3]
1 Residential
2 Business
3 Industrial
4 School
5 Not Built-up
6 Mixed Use
7 Other
9 Unknown

## Type of Intersection  [4]
1 Not an Intersection
2 Y-Intersection
3 T-Intersection
4 Four-Way Intersection
5 Five-Point or More Intersection or as Part of Interchange
7 Traffic Circle
8 Roundabout
9 Unknown

## Incident Type  [00]
00 Not an Incident
01 Fire/Property
02 Private Property
03 Deliberate Intent
43 Medical Condition
54 Legal Intervention
55 Suicide
57 Drowning
58 Other

## Location of First Harmful Event  [01]
01 On Roadway
02 Shoulder
03 Median
04 Roadside
05 Gore
06 Separator
07 Parking Lane/Zone
08 Off Roadway, Location Unknown
09 Outside Right-of Way
10 Other
99 Unknown

## What Vehicle Was Going to Do
| | Unit 1 | Unit 2 |
|---|---|---|
| | 02 | 01 |

00 Not Applicable
01 Go Ahead
02 Turn Left
03 Turn Right
04 Make "U" Turn
05 Slow for Cause
06 Slow for Cause
06 Start from Park/Stop
07 Start from Park/Stop
08 Change Lanes
09 Overtake
10 Pass
11 Back
12 Remain Stopped
13 Remain Parked
14 Enter/Merge in Traffic
15 Negotiate a Curve
16 Park
17 Other
99 Unknown

## What Vehicle Did
| | Unit 1 | Unit 2 |
|---|---|---|
| | 02 | 01 |

00 Not Applicable
01 Went Ahead
02 Turned Left
03 Turned Right
04 Entered "U" Turn
05 Stopped
06 Slowed
07 Started From Park/Stop
08 Entered Other Lane
09 Overtaking
10 Passing
11 Backed
12 Remained Stopped
13 Remained Parked
14 Entered/Merged
15 Departed Rdwy-Right
16 Departed Rdwy-Left
17 Swerved Right
18 Swerved Left
19 Parked
20 Other
99 Unknown

## Visibility Obscured by
| | Unit 1 | Unit 2 |
|---|---|---|
| | 99 | 99 |

00 Not Applicable
01 Trees
02 Embankment
03 Building
04 Signs
05 Parked Vehicles
06 High Weeds
07 Fences
08 Shrubbery
09 Ice, Snow or Frost on Windows
10 Smoke
11 Fog
12 Dust
13 Rain
14 Sun
15 Other
99 Unknown

## Driver Distracted by
| | Unit 1 | Unit 2 |
|---|---|---|
| | 0 | 0 |

0 Not Applicable/None
1 Electronic Communication Devices
2 Other Electronic Device
3 Other Inside Vehicle
4 Other Outside Vehicle
9 Unknown

## Underride/ Override
| | Unit 1 | Unit 2 |
|---|---|---|

0 Not Applicable
1 No Underride or Override
2 Underride, Compartment Intrusion
3 Underride, No Compartment Intrusion
4 Underride, Compartment Intrusion Unknown
5 Override, Motor Vehicle in Transport
6 Override, Other Motor Vehicle

## Traffic Control
| | Unit 1 | Unit 2 |
|---|---|---|
| | 02 | 02 |

00 No Control
01 Stop Sign
02 Flashing Traffic Signal
03 School Zone Signs
04 Stop & Go Light
05 Yield Sign
06 Warning Sign
07 Railroad Advance Warning Sign
08 Railroad Cross Bucks
09 Railroad Gates
10 Railroad Signal
11 No Passing Zone
12 Person (including flagger, law enforcement, crossing guard, etc.)
13 Abnormal Control
14 Other
99 Unknown

## Road Surface Conditions
| | Unit 1 | Unit 2 |
|---|---|---|
| | 01 | 01 |

01 Dry
02 Wet
03 Ice/Frost
04 Snow
05 Mud, Dirt, Gravel
06 Slush
07 Water (standing, moving)
08 Sand
09 Oil
10 Other
99 Unknown

## Road Character
**Grade**
| | Unit 1 | Unit 2 |
|---|---|---|
| | 1 | 1 |

1 Level
2 Hillcrest
3 Uphill
4 Downhill
5 Sag (bottom)

**Road Alignment**
| | Unit 1 | Unit 2 |
|---|---|---|
| | 1 | 1 |

1 Straight
2 Curve - Left
3 Curve - Right

**Road Surface Type**
| | Unit 1 | Unit 2 |
|---|---|---|
| | 1 | 1 |

1 Concrete
2 Asphalt
3 Gravel
4 Dirt
5 Other
9 Unknown

## Trafficway
| | Unit 1 | Unit 2 |
|---|---|---|
| | 2 | 2 |

00 Not Applicable
01 One Way
02 Two-Way - Not Divided
03 Two-Way - Divided
04 Two-Way - Divided - Positive Median Barrier
05 Turn Lane
06 Ramp / Loop
07 Driveway
08 Alley / Parking Lot
09 Unknown

## Vehicle Removal
| | Unit 1 | Unit 2 |
|---|---|---|
| | 4 | 4 |

0 Not Applicable
1 Towed Due to Vehicle Damage
2 Towed For Reasons Other Than Damage
3 Remained at Scene
4 Driven from Scene
9 Unknown

## Vehicle Condition
| | Unit 1 | Unit 2 |
|---|---|---|
| | 01 | 01 |

00 Not Applicable
01 Apparently Normal
02 Brakes
03 Headlights
04 Steering
05 Tail Lights
06 Brake Lights
07 Tires/Wheels
08 Suspension
09 Signal lights
10 Windows
11 Truck Coupling/Trailer Hitch/Safety Chains
12 Mirrors
13 Wipers
14 Power Train

## Special Function of Vehicle
| | Unit 1 | Unit 2 |
|---|---|---|
| | 00 | 00 |

00 Not Applicable
01 School Bus
02 Transit Bus
03 Intercity Bus
04 Charter Bus
05 Other Bus
06 Military
07 OHP
08 Other Police
09 Other Law Enforcement
10 Ambulance
11 Fire Truck
12 Public Owned Vehicle
13 Highway Equipment
14 Special Mobilized Machine
15 Other  99 Unknown

## Emergency Vehicle Responding to an Emergency
| | Unit 1 | Unit 2 |
|---|---|---|
| | 0 | 0 |

0 N/A
1 Yes
9 Unknown

## Unsafe / Unlawful Contributing Factors
| | Unit 1 | Unit 2 |
|---|---|---|
| | 05 | 98 |

**FAILED TO YIELD**
01 From Stop Sign
02 From Yield Sign
03 Private Drive
04 County Road at Through Highway
05 From Signal Light
06 From Alley
07 To Pedestrian
08 To Vehicle on Right
09 To Vehicle in Intersection
10 To Emergency Vehicles
12 Other

**FOLLOWED TOO CLOSELY**
13 Human Element
14 Traffic Condition
15 Weather Condition

**UNSAFE SPEED**
16 Driver's Ability (Aged)
17 Inexperienced Driver - Young
18 Exceeding Legal Limit
19 For Traffic Conditions
20 For Type of Roadway (Gravel, Dirt, etc.)
21 For Ice or Snow on Roadway
22 Rain or Wet Roadway
23 Wind
24 Other Weather Conditions
25 Vehicle Condition
26 View Obstruction
27 On Curve/Turn
28 Impeding Traffic
29 Other

**IMPROPER TURN**
30 From Wrong Lane
31 From Direct Course
32 Right
33 Left
34 Turn About/U-Turn
35 To Enter Private Drive
36 In Front of Oncoming Traffic
37 Other
38 CHANGED LANES UNSAFELY
39 STOPPED IN TRAFFIC LANE

**FAILED TO STOP**
40 For Stop Sign
41 For Traffic Signal
42 For School Bus
43 For Railroad Gates/Signal
44 For Officer/Flagman
45 At Sidewalk/StopLine
46 Other

**UNSAFE VEHICLE**
47 Brakes
48 Steering

49 Tires
50 Suspension
51 Headlights
52 Tail Lights
53 Stop Lights
54 Wheel
55 Exhaust System
56 Windshield Wipers
57 Other Mechanical Defects

**LEFT OF CENTER**
58 In Meeting
59 No Passing Zone (Unmarked)
60 Marked Zone
61 Other

**IMPROPER OVERTAKING**
62 In Marked Zone
63 On Hill/Curve
64 At Intersection
65 Without Sufficient Clearance
66 Other

**IMPROPER PARKING**
67 On Roadway
68 Where Prohibited
69 Other

**INATTENTION**
70 Distracted by Passenger in Vehicle
71 Other Distraction Inside Vehicle
72 Distraction From Outside Vehicle
73 Other

**WRONG WAY**
74 On One Way
75 On Exit Ramp
76 On Entrance Ramp
77 Other

**IMPROPER START FROM**
78 Parked Position
79 Other
80 ALCOHOL-DUI/DWI
81 DRUG-DUI

**OTHER IMPROPER ACT/ MOVEMENT**
82 Failed to Signal
83 Disregarded Warning Signal
84 Improper Use of Lane
85 Improper Backing
86 Apparently Sleepy
87 Failed to Secure Load
88 Other/Unknown
89 UNKN./NO IMPROPER ACT

**ANIMAL IN ROADWAY**
90 Deer in Roadway
91 Domestic Animal in Rdwy
92 Avoiding Other Vehicle
93 Avoiding Pedestrian
94 Object/Debris in Roadway
95 Defect in Roadway
96 Abnormal Traffic Control
97 Improper Bicyclist Action
98 NO IMPROPER ACTION BY DRIVER
99 PEDESTRIAN ACTION

## Point of First Contact on Vehicle
| | Unit 1 | Unit 2 |
|---|---|---|
| | 03 | 12 |

## Most Damaged Area
| | Unit 1 | Unit 2 |
|---|---|---|
| | 03 | 12 |

00 Not Applicable
13 Top
14 Undercarriage
99 Unknown

DPS: 0192-03 REV 0107

Case Number  2018047725

Pg 4 of 6

| Latitude | | Longitude | | Railroad Crossing Number | Roadway Orientation | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 36.0753 | N | -95.9580 | W | | Unit Number | 01 | N E S W | N | |
| | | | | | Unit Number | 02 | N E S W | S | |

Indicate North
by Arrow

## COLLISION EVENTS

| Unit | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | Final Harmful Event for the Entire Collision |
|---|---|---|---|---|---|---|
| 01 | 34 | 00 | 00 | 00 | 34 | 34 |
| 02 | 34 | 00 | 00 | 00 | 34 | |

00 Not Applicable
10 Overturn/Rollover
11 Fire/Explosion
12 Immersion
13 Jackknife
14 Cargo/Equipment Loss or Shift
15 Equipment Failure (Blown Tire, Brake Failure, etc.)
16 Separation of Units
17 Departed Road Right
18 Departed Road Left
19 Cross Median/Centerline
20 Downhill Runaway

21 Fell/Jumped From Motor Vehicle
22 Thrown Or Falling Object
23 Other Non-Collision
PERSON, MOTOR VEHICLE, OR NON-FIXED OBJECT:
30 Pedestrian
31 Pedal Cycle
32 Railway Vehicle (train, engine)
33 Animal
34 Motor Vehicle In Transport
35 Parked Motor Vehicle
36 Struck by Falling, Shifting Cargo or Anything Set In Motion by Motor Vehicle

37 Work Zone/Maintenance Equipment
38 Other Non-Fixed Object
FIXED OBJECT:
40 Barrier (Cable)
41 Barrier (Concrete)
42 Barrier (Other)
43 Fence Pole
44 Fence
45 Traffic Signal Support
46 Traffic Sign Support
47 Utility Pole/Light Support
48 Other Post/Pole/Support
49 Guardrail/Guardrail Face
50 Guardrail End
51 Culvert
52 Curb
53 Island
54 Sand Barrels
55 Impact Attenuator/ Crash Cushion

56 Pavement Drop-Off
57 Ditch
58 Embankment
59 Tree (Standing)
60 Dividing Strip
61 Retaining Wall
62 Bridge Abutment
63 Bridge Pier or Support
64 Bridge Rail
65 Bridge Post
66 Bridge Curb
67 Bridge Super Structure (Beams)
68 Bridge Overhead Structure
69 Delineator
70 Mailbox
71 Other Fixed Object
72 Other Highway Structure
73 Ground
99 Unknown

## Remarks

<location>36.0752843,-95.957975,city_street</location>SEE SUPPLEMENTAL NARRATIVE PAGE:

This report is based on the officer's investigation of this collision. This report may contain the opinion of the officer.



DPS: 0192-04 REV 0107

**OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT**
**DIAGRAM SUPPLEMENTAL**

Case Number  2018047725

Pg  5   of  6



East 61st Street

62' 6"

Witness
Helm

South Lewis Avenue

62' 6"

DPS: 0192-SUPP02 REV 0107

Case Number  2018047726    **OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT**
**ADDITIONAL NARRATIVE**                    Pg 6 of 6

ON 08/08/2018 AT 1616 HOURS I WAS RADIO ASSIGNED TO INVESTIGATE A COLLISION WITH INJURY AT 6100 S. LEWIS AVENUE. UPON ARRIVAL I OBSERVED BOTH VEHICLES WERE STILL IN THE ROAD. AFTER THE VEHICLES WERE MOVED TO A PARKING LOT I SPOKE WITH EACH DRIVER AND RECEIVED THE FOLLOWING ACCOUNTS.

DRIVER OF UNIT 2 SUMMARY:
THE DRIVER OF UNIT 2, TERESA SMITH, SAID SHE THEY WERE TRAVELING SOUTHBOUND ON SOUTH LEWIS AVENUE IN THE OUTSIDE LANE. SHE SAID THEY WERE PROCEEDING THROUGH THE INTERSECTION OF EAST 61ST STREET WITH A GREEN LIGHT WHEN UNIT 1 TURNED IN FRONT OF HER VEHICLE. SMITH INDICATED THERE WAS NOTHING SHE COULD DO TO AVOID THE COLLISION.

DRIVER OF UNIT 1 SUMMARY:
THE DRIVER OF UNIT 1, CHRISTOPHER RATHGEBER, INDICATED HE WAS TRAVELING NORTHBOUND ON SOUTH LEWIS AVENUE AND WANTED TO MAKE A LEFT HAND TURN. HE SAID HE WAS SITTING AT THE LIGHT WHEN IT CYCLED TO A GREEN ARROW. HE SAID HE DID NOT SEE UNIT 2 APPROACHING AND BEGAN TO TURN. RATHGEBER SAID THE COLLISION OCCURRED WHILE HE WAS MAKING A LEFT HAND TURN WITH A GREEN ARROW.

WITNESS SUMMARY:
DAVID HELM WAS A WITNESS TO THE COLLISION AND I OBTAINED HIS PHONE NUMBER FROM DISPATCH. I SPOKE WITH HIM BY PHONE AND RECEIVED THE FOLLOWING INFORMATION.

HELM SAID HE WAS THE SECOND VEHICLE STOPPED FACING WESTBOUND IN THE FAR RIGHT LANE. HE SAID HIS LIGHT TURNED RED AS HE WAS PULLING UP. HELM SAID HIS LIGHT WAS STILL RED WHEN HE HEARD TIRES SCREECH AND THEN SAW THE COLLISION. HE SAID WITHIN 3-5 SECONDS HIS LIGHT TURNED FROM RED TO GREEN.

INJURY INFORMATION:
SMITH REPORTED EXTERNAL CHEST PAIN. PASSENGER WILLIAMS REPORTED KNEE PAIN FROM STRIKING THE GLOVE BOX. BOTH LADIES REFUSED EMSA.

CITATION INFORMATION:
AFTER SPEAKING WITH WITNESS HELM I WALKED BACK TO THE INTERSECTION AND WATCHED HOW THE LIGHTS CYCLED. I WATCHED MULTIPLE CYCLES AND OBSERVED THE LEFT TURN ARROW WAS ALWAYS AT THE BEGINNING OF THE CYCLE. BASED ON HELM'S OBSERVATION THE COLLISION TOOK PLACE AT THE VERY END OF THE CYCLE RATHGEBER WAS ISSUED E-CITATION 7429381 FOR FAILURE TO YIELD WHILE TURNING LEFT.

AOI INFORMATION:
~6' EAST OF THE WEST EDGE OF ROADWAY OF SOUTH LEWIS AVENUE AND ~13' SOUTH OF THE NORTH EDGE OF ROADWAY EAST 61ST STREET. UNIT 2 LEFT ~22' OF PRE-IMPACT SKID.



**Appendix B. Life Expectancy Tables**

| | Table I | | |
|---|---|---|---|
| | **(Single Life Expectancy)** | | |
| | **(For Use by Beneficiaries)** | | |
| **Age** | **Life Expectancy** | **Age** | **Life Expectancy** |
| 0 | 82.4 | 28 | 55.3 |
| 1 | 81.6 | 29 | 54.3 |
| 2 | 80.6 | 30 | 53.3 |
| 3 | 79.7 | 31 | 52.4 |
| 4 | 78.7 | 32 | 51.4 |
| 5 | 77.7 | 33 | 50.4 |
| 6 | 76.7 | 34 | 49.4 |
| 7 | 75.8 | 35 | 48.5 |
| 8 | 74.8 | 36 | 47.5 |
| 9 | 73.8 | 37 | 46.5 |
| 10 | 72.8 | 38 | 45.6 |
| 11 | 71.8 | 39 | 44.6 |
| 12 | 70.8 | 40 | 43.6 |
| 13 | 69.9 | 41 | 42.7 |
| 14 | 68.9 | 42 | 41.7 |
| 15 | 67.9 | 43 | 40.7 |
| 16 | 66.9 | 44 | 39.8 |
| 17 | 66.0 | 45 | 38.8 |
| 18 | 65.0 | 46 | 37.9 |
| 19 | 64.0 | 47 | 37.0 |
| 20 | 63.0 | 48 | 36.0 |
| 21 | 62.1 | 49 | 35.1 |
| 22 | 61.1 | 50 | 34.2 |
| 23 | 60.1 | 51 | 33.3 |
| 24 | 59.1 | 52 | 32.3 |
| 25 | 58.2 | 53 | 31.4 |
| 26 | 57.2 | 54 | 30.5 |
| 27 | 56.2 | 55 | 29.6 |



61.1 Life Expectancy Tables from IRS Publicaiton 590-B (2018), pages 44-45

**Appendix B. (Continued)**

<table>
<tr><td colspan="4" align="center"><b>Table I<br>(Single Life Expectancy)<br>(For Use by Beneficiaries)</b></td></tr>
<tr><th>Age</th><th>Life Expectancy</th><th>Age</th><th>Life Expectancy</th></tr>
<tr><td>56</td><td>28.7</td><td>84</td><td>8.1</td></tr>
<tr><td>57</td><td>27.9</td><td>85</td><td>7.6</td></tr>
<tr><td>58</td><td>27.0</td><td>86</td><td>7.1</td></tr>
<tr><td>59</td><td>26.1</td><td>87</td><td>6.7</td></tr>
<tr><td>60</td><td>25.2</td><td>88</td><td>6.3</td></tr>
<tr><td>61</td><td>24.4</td><td>89</td><td>5.9</td></tr>
<tr><td>62</td><td>23.5</td><td>90</td><td>5.5</td></tr>
<tr><td>63</td><td>22.7</td><td>91</td><td>5.2</td></tr>
<tr><td>64</td><td>21.8</td><td>92</td><td>4.9</td></tr>
<tr><td>65</td><td>21.0</td><td>93</td><td>4.6</td></tr>
<tr><td>66</td><td>20.2</td><td>94</td><td>4.3</td></tr>
<tr><td>67</td><td>19.4</td><td>95</td><td>4.1</td></tr>
<tr><td>68</td><td>18.6</td><td>96</td><td>3.8</td></tr>
<tr><td>69</td><td>17.8</td><td>97</td><td>3.6</td></tr>
<tr><td>70</td><td>17.0</td><td>98</td><td>3.4</td></tr>
<tr><td>71</td><td>16.3</td><td>99</td><td>3.1</td></tr>
<tr><td>72</td><td>15.5</td><td>100</td><td>2.9</td></tr>
<tr><td>73</td><td>14.8</td><td>101</td><td>2.7</td></tr>
<tr><td>74</td><td>14.1</td><td>102</td><td>2.5</td></tr>
<tr><td>75</td><td>13.4</td><td>103</td><td>2.3</td></tr>
<tr><td>76</td><td>12.7</td><td>104</td><td>2.1</td></tr>
<tr><td>77</td><td>12.1</td><td>105</td><td>1.9</td></tr>
<tr><td>78</td><td>11.4</td><td>106</td><td>1.7</td></tr>
<tr><td>79</td><td>10.8</td><td>107</td><td>1.5</td></tr>
<tr><td>80</td><td>10.2</td><td>108</td><td>1.4</td></tr>
<tr><td>81</td><td>9.7</td><td>109</td><td>1.2</td></tr>
<tr><td>82</td><td>9.1</td><td>110</td><td>1.1</td></tr>
<tr><td>83</td><td>8.6</td><td>111 and over</td><td>1.0</td></tr>
</table>

61.2 Life Expectancy Tables from IRS Publicaiton 590-B (2018), pages 44-45